**FILED**

**October 30, 2024**

C. CASEY FORBES, CLERK
SUPREME COURT OF APPEALS
OF WEST VIRGINIA

# STATE OF WEST VIRGINIA
# SUPREME COURT OF APPEALS

**Emma Harris, dependent of**
**Carl L. Harris (deceased),**
**Claimant Below, Petitioner**

**v.)**    **No. 23-615**  (JCN: 2020019743)
                    (ICA No. 23-ICA-188)

**Pine Ridge Coal Company, LLC;**
**Employer Below, Respondent; and**
**West Virginia Office of the Insurance**
**Commissioner, in its capacity as**
**administrator of the Self-Insured**
**Employer Security Risk Pool,**
**Respondent**

## MEMORANDUM DECISION

Petitioner Emma Harris ("claimant"), dependent of Carl L. Harris (deceased), appeals the September 5, 2023, memorandum decision of the Intermediate Court of Appeals of West Virginia ("ICA"). *See Harris v. Pine Ridge Coal Co., LLC*, No. 23-ICA-188, 2023 WL 5695750 (W. Va. Ct. App. Sept. 5, 2023) (memorandum decision). Respondent West Virginia Office of the Insurance Commissioner ("WVOIC"), in its capacity as administrator of the Self-Insured Employer Security Risk Pool, filed a timely response.[1] The issue on appeal is whether the ICA erred in affirming the April 14, 2023, decision of the West Virginia Workers' Compensation Board of Review, which affirmed the claim administrator's June 14, 2021, order denying the claimant's claim for death benefits.

The claimant asserts that the Occupational Pneumoconiosis Board overlooked the decedent's substantial work history as a coal miner and the clinical findings and diagnoses of occupational pneumoconiosis. WVOIC counters by arguing that the Occupational Pneumoconiosis Board properly found that occupational pneumoconiosis did not constitute a material contributing factor in the decedent's death. WVOIC further maintains that the claimant points to no erroneous procedure, no arbitrary or capricious conclusions, and no abuse of discretion or jurisdictional error by the tribunals below.

---

[1] The claimant is represented by counsel Reginald D. Henry and Lori J. Withrow, and WVOIC is represented by counsel James W. Heslep.

This Court reviews questions of law de novo, while we accord deference to the Board of Review's findings of fact unless the findings are clearly wrong. Syl. Pt. 3, *Duff v. Kanawha Cnty. Comm'n*, --- W. Va. ---, 905 S.E.2d 528 (2024). Upon consideration of the record and briefs, we find no reversible error and therefore summarily affirm. *See* W. Va. R. App. P. 21(c).

Affirmed.

**ISSUED: October 30, 2024**

**CONCURRED IN BY:**

Chief Justice Tim Armstead
Justice Elizabeth D. Walker
Justice John A. Hutchison
Justice William R. Wooton
Justice C. Haley Bunn